**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Elena Markovsky v. Kirby Tower, L.P.

Appellate case number:   01-13-00516-CV

Trial court case number: 2009-03458

Trial court:             11th District Court of Harris County

On February 19, 2014, Elena Markovsky filed her Emergency Motion to Stay the February 17, 2014 Order Disbursing Funds from the Registry of the Court. The motion is **DENIED**.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle

☑ Acting individually    ☐ Acting for the Court


Date: February 24, 2014